UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LORETTA BYRNS

VERSUS

UNITED RECOVERY SYSTEMS, LP

CIVIL ACTION

NO. 12CV565-SDD-SCR

### ORDER OF DISMISSAL

Considering the *Notice of Settlement*[1] and *Notice of Voluntary Dismissal*[2] filed by the Plaintiff in this matter, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Baton Rouge, Louisiana, this 28 day of May, 2013.

*Shelly Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 5.

[2] Rec. Doc. No. 7.

Doc 10